**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA** *ex rel.*
Patti Haley, and **PATTI HALEY,** individually,

           Plaintiffs,

   v.

**SOUTHERN ADMINISTRATIVE SERVICES,
LLC** and **PREMIER HEALTH AND
REHABILITATION, LLC,**

        Defendants.

**CASE NO. 4:19-CV-00059-LPR**

## ORDER

The Relator Patti Haley having filed a Notice and Joint Stipulation of Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1.    This action is dismissed with prejudice as to Relator Patti Haley and without prejudice as to the United States;

2.    The seal shall be lifted upon Relator's Complaint, Relator's Notice and Joint Stipulation of Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.  All other contents of the Court's file in this action shall remain under seal and not be made public.

This 11th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE