IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* Patti Haley, and **PATTI HALEY,** individually,<br><br>　　　　Plaintiffs,<br>　v.<br><br>**SOUTHERN ADMINISTRATIVE SERVICES, LLC** and **PREMIER HEALTH AND REHABILITATION, LLC**,<br><br>　　　　Defendants. | **CASE NO. 4:19-CV-00059-LPR** |

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed with prejudice as to Relator Patti Haley and without prejudice as to the United States.

IT IS SO ADJUDGED this 11th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE